# Court of Appeals
# of the State of Georgia

ATLANTA,   February 17, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1027.  DAMON WALKER v. ACCEPTANCE RENTAL, INC.**

Acceptance Rental, Inc. won a judgment against Damon Walker in magistrate court. Walker appealed to the state court, which likewise entered judgment in favor of Acceptance Rental.  Walker now appeals directly to this Court.  We, however, lack jurisdiction.

Because the state court order that Walker wishes to appeal disposes of a de novo appeal from a magistrate court decision, Walker was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*   02/17/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*